**Electronically Filed
Supreme Court
SCPW-20-0000522
04-SEP-2020
10:08 AM**

SCPW-20-0000522

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

GREGORY WILLIAMSON, Petitioner,

vs.

THE HONORABLE JAMES H. ASHFORD,
Judge of the Circuit Court of the First Circuit,
State of Hawai‘i, Respondent Judge,

and

ALLIANCE PERSONNEL, INC., Respondent.

---

ORIGINAL PROCEEDING
(CIV. NO. 13-1-1840)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Johnson, assigned by reason of vacancy)

Upon consideration of petitioner Gregory Williamson's petition for writ of mandamus, filed on August 24, 2020, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner is not entitled to the requested extraordinary relief from this court. See Kema v. Gaddis, 91 Hawai‘i 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to

relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; a writ of mandamus is not intended to supersede the legal discretionary authority of the trial courts, cure a mere legal error, or serve as a legal remedy in lieu of normal appellate procedures).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fees.

DATED:  Honolulu, Hawaiʻi, September 4, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Ronald G. Johnson

2